

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-8-2005

# In Re: Gen Datacomm

Precedential or Non-Precedential: Precedential

Docket No. 04-1710

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Gen Datacomm " (2005). 2005 Decisions. Paper 925.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/925

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1710

In Re: General DataComm Industries, Inc.

On Appeal from Final Judgement of the
United States District Court for the
District of Delaware
Argued: December 15, 2004

Before: NYGAARD and GARTH, <u>Circuit Judges</u> and *POLLAK, <u>District Judge</u>

**<u>ORDER AMENDING OPINION</u>**

     **IT IS HEREBY ORDERED**, that the precedential opinion filed on May 16, 2005

be amended as follows:

     The case caption should have no reference to "David Buchbinder, Trustee."


BY THE COURT



<u>/s/ Leonard I. Garth</u>
Circuit Judge



Dated: June 8, 2005